

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>David Gurule<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED12-0081M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

   Upon motion of  Defendant                                         , IT IS ORDERED that a detention hearing is set for  03/13/12                                 ,                      , at  1:30         ☐a.m. / ☒p.m. before the Honorable  SHERI PYM                                              , in Courtroom  4                              .

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   *(Other custodial officer)*

Dated:  3/9/12                           SHERI PYM
                                         ~~U.S. District Judge/~~Magistrate Judge